## 43928.  GOSS v. THE STATE.

DEEN, Judge.  On an indictment charging the sale of both alcoholic and malt beverages in a county which permitted neither, there was no error in giving the jury in charge Code §§ 58-101 and 58-102 referring to the sale of alcoholic beverages only.

*Judgment affirmed.  Jordan, P. J., and Pannell, J., concur.*

SUBMITTED SEPTEMBER 10, 1968—DECIDED OCTOBER 8, 1968.

*Guy B. Scott, Jr.,* for appellant.
*Clete D. Johnson, Solicitor General,* for appellee.